IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-209-FL

| BOBBY W. TERRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| U.S. ARMY WOMACK ARMY MEDICAL CENTER, | ) | |
| Defendants. | ) | |

This matter is before the court upon plaintiff's failure to correct certain deficiencies in his proposed summons, as directed in the court's May 7, 2020, order. As the court explained in that order, plaintiff's failure to correct the noted deficiencies requires the court to dismiss this action without prejudice for his failure to prosecute.[1] The clerk is DIRECTED to close this case.

SO ORDERED, this the 7th day of September, 2021.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Plaintiff has further failed to make timely service under Rule 4(m) of the Federal Rules of Civil Procedure.