UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BOBBY W. TERRY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:21-CV-209-FL |
| U.S. ARMY WOMACK ARMY MEDICAL ) | |
| CENTER, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 7, 2021, that this case is dismissed without prejudice for failure to prosecute.

**This Judgment Filed and Entered on September 7, 2021, and Copies To:**
Bobby W. Terry (Via CM/ECF Notice of Electronic Filing)


September 7, 2021                    PETER A. MOORE, JR., CLERK

                                                    /s/ Sandra K. Collins
                                                  (By) Sandra K. Collins, Deputy Clerk